JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MUNOZ, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., A United States National Association; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No: 21-cv-09972 RSWL (MARx)<br><br>**ORDER OF DISMISSAL**<br><br><br><br>Complaint Filed:   November 22, 2021 |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement.

The Clerk is directed to close the file.

DATED: January 18, 2023          /S/ RONALD S.W. LEW
                                                 RONALD S.W. LEW
                                               UNITED STATES DISTRICT JUDGE